# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

LIRONG XU,

        Appellant

        v.

THE SUPERIOR COURT PENNSYLVANIA, THE CLERK BENJAMIN D. KOHLER OF THE SUPERIOR COURT, THE CLERK LETITIA SANTAIELLA,

        Appellees

:  No. 52 EAP 2024
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

**AND NOW,** this 10th day of September, 2024, the Notice of Appeal is QUASHED. *See* 42 Pa.C.S. § 723(a) (specifying that this Court has jurisdiction over "appeals from final orders of the Commonwealth Court entered in any matter which was originally commenced in the Commonwealth Court"); Pa.R.A.P. 341(b)(1) (defining a final order as one that "disposes of all claims and of all parties").

The "Motion to Supplement Materials and For Recusal of Respondents" is DISMISSED.